06-CV-05185-JGM

FILED _____ LODGED
_____ RECEIVED

JUN 25 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JAMES BACON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALLIE THURMAN; ERIC KORTUM, RICK DOW; JASON LUNDSTROTH; KENNY ANDERSON; LANCE NELSON D'AMATO; COLLIN STEWART; JEANNIE D'AMATO; ANTHONY L. PROUSE; and SCOTT THOMAS; all in their official and individual capacities,<br><br>　　　　Defendants. | NO. C06-5185 JKA<br><br>STIPULATED JUDGMENT |

Judgment Summary (RCW 4.64.030):

Judgment Creditor(s):        James D. Bacon

Judgment Debtor:             State of Washington

Judgment Amount:             $5,000.00

Pre-Judgment Interest:       None

Post-Judgment Interest:      None

Taxable Costs and Attorney Fees:   None

STIPULATED JUDGMENT
NO. C06-5185 JKA

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Dr. SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1   THIS MATTER having come on regularly before the undersigned judge of the above-entitled Court; and the Plaintiff, James D. Bacon, acting though his counsel, Todd Wyatt, and the Defendants, State of Washington, and its Department of Social and Health Services, acting by and through Robert M. McKenna, Attorney General, and Elizabeth J. Erwin and Allison Stanhope, Assistant Attorneys General; and these parties having made a stipulation pursuant to RCW 4.92.150, without any admissions of liability, settling and compromising this action against the defendants and allowing for dismissal of this action with prejudice against the Defendants, and it appearing to the Court, after a review of the files and records herein and statements of counsel in open court, that the sum of Five Thousand Dollars and No/100 Dollars ($5,000.00) is a proper and just settlement to be paid by the Defendant, State of Washington, to the Plaintiff; that, specifically, the gross settlement amount shall be paid in lump sum to Plaintiff within thirty (30) days of filing of the stipulated Judgment; and the Court being fully advised, now, therefore,

IT IS HEREBY ORDERED That the Plaintiff James D. Bacon shall have judgment against the Defendant State of Washington for the total sum of Five Thousand and No/100 Dollars ($5,000.00).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That neither party shall recover against any other party their respective fees, costs, nor interest herein.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That, pursuant to the provisions of RCW 4.92.160, the Defendant, State of Washington, shall pay directly to the Plaintiff the sum of Five Thousand and No/100 Dollars ($5,000.00) for the benefit of the Plaintiff herein.

DONE IN OPEN COURT this 25th day of June, 2007.

_____
JUDGE

STIPULATED JUDGMENT
NO. C06-5185 JKA

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Dr. SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

| | |
|---|---|
| Presented by:<br><br>ROBERT M. MCKENNA<br>Attorney General<br><br>*Elizabeth J. Erwin* (signature)<br>ELIZABETH J. ERWIN, WSBA #16548<br>ALLISON STANHOPE, WSBA #30486<br>Assistant Attorney General<br>Attorneys for Defendant | Approved as to Form and<br>Notice of Presentation Waived:<br><br>*Todd W. Wyatt* (signature)<br>TODD W. WYATT, WSB #31608<br>Attorney for Plaintiff |

STIPULATED JUDGMENT
NO. C06-5185 JKA

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Dr. SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300